**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Blue 22 Sports Grill LLC** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

__8__ __4__ – __3__ __7__ __8__ __9__ __0__ __3__ __9__

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2230 TX Highway 114, Ste. 500** | **109 Carnoustie Dr.** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Trophy Club**        **TX**    **76262** | **Trophy Club**        **TX**    **76262** |
| City        State    ZIP Code | City        State    ZIP Code |
| **Denton** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City        State    ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **Blue 22 Sports Grill LLC**                                             Case number (if known) _____

| 7. | Describe debtor's business | **A. Check one:** |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

7225 ____ ____ ____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Blue 22 Sports Grill LLC** _____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes. District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☑ Yes. Debtor **McKenzie Graham and Veronique Himri** Relationship **96% Owner**

    District **Eastern District of Texas** _____ When _____
    MM / DD / YYYY

    Case number, if known _____

    Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number     Street

    _____

    _____
    City                          State      ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

Debtor  **Blue 22 Sports Grill LLC** _____    Case number (if known) _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | _Check one:_ |

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| 17. | Declaration and signature of authorized representative of debtor | ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

▪ I have been authorized to file this petition on behalf of the debtor.

▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 | 6 | 2024
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**McKenzie Graham**
Printed name

**Managing Member**
Title

Debtor **Blue 22 Sports Grill LLC**                                    Case number (if known) _____

**18.  Signature of attorney**

x _Frances A Smith_ _____    Date _03-13-2024_
Signature of attorney for debtor                                MM / DD / YYYY

**Frances A. Smith** _____
Printed name

**Ross & Smith, PC** _____
Firm name

**Plaza of the Americas** _____
Number        Street

**700 N. Pearl Street** _____

**Dallas** _____    **TX** _____    **7520 1** _____
City                                State        ZIP Code

**(214) 377-7879** _____    **frances.smith@rsbfirm.com** _____
Contact phone                        Email address

**240 3 3084** _____    **TX** _____
Bar number                        State

UNANIMOUS WRITTEN CONSENT IN LIEU OF MEETING
OF BOARD OF MANAGERS FOR AND MEMBERS OF

BLUE 22 SPORTS GRILL
March 1, 2024

The undersigned, being the sole member of Blue 22 Sports Grill, LLC (referred to as the "Company"), a Texas limited liability company, does hereby consent in writing to ratify, approve, and adopt the following actions in accordance with Article IV, Section 4.3 of the Company Agreement of the Company:

RESOLVED, that it is desirable and in the best interest of the Company, its creditors, and other interested parties for the Company to file a petition for bankruptcy protection under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in such form and at such time as the Company's managing member, McKenzie Graham (the "Member"), shall determine (such bankruptcy case, the "Chapter 11 Case");

RESOLVED FURTHER, in furtherance of such a filing, the Company shall seek the employment and retention of bankruptcy counsel and other professionals in the Chapter 11 Case, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, may execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of such professionals;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by the Member or any of the Company's professionals to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and

RESOLVED FURTHER, that any and all actions of the Member or any of the Company's professionals taken prior to the date hereof (a) to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (b) that represent the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

EXECUTED as of the above date.

_____
McKenzie Graham, Managing Member

| **Fill in this information to identify the case** |
|---|

Debtor name   **Blue 22 Sports Grill LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                  Current value of
                                                                                    debtor's interest

2. **Cash on hand**                                                                 _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of
                                                                               account number

   3.1.  **Bank of America**
         **Business checking account**
         **Account number ending 6653**        **Checking account**        **6   6   5   3**        **$0.00**

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$0.00**

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **Blue 22 Sports Grill LLC**
          _____    Case number (if known) _____
          Name

| | Current value of debtor's interest |
|---|---|

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**7.1.  Security deposit for lease at**
        **2230 TX Highway114,**
        **Trophy Club TX 76262** _____    **$10,000.00**

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
     Add lines 7 through 8.  Copy the total to line 81.    **$10,000.00**

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.  Accounts receivable**

11a.  90 days old or less: _____ – _____ = .............. ➡  _____
                          face amount              doubtful or uncollectible accounts

11b.  Over 90 days old: _____ – _____ = .............. ➡  _____
                        face amount              doubtful or uncollectible accounts

**12.  Total of Part 3**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$0.00**

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
      Add lines 14 through 16.  Copy the total to line 83.    **$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor    **Blue 22 Sports Grill LLC**                                  Case number (if known) _____
          _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Food inventory** | 11/15/2023 | $3,800.00 | Invoices | $3,800.00 |
| **Liquor inventory** | 11/14/2023 | $2,000.00 | Invoices | $2,000.00 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| $5,800.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**
- [ ] No
- [x] Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- [x] No
- [ ] Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
- [x] No.  Go to Part 7.
- [ ] Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**
- [ ] No
- [ ] Yes.  Is any of the debtor's property stored at the cooperative?
  - [ ] No
  - [ ] Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- [ ] No
- [ ] Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- [ ] No
- [ ] Yes

Debtor   **Blue 22 Sports Grill LLC**_____      Case number (if known) _____
    Name

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Printer, safe, and calculator | $1,000.00 | Internet | $1,000.00 |
| POS Equipment | $5,000.00 | | $5,000.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

    **$6,000.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) (Where available) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Restaurant kitchen equipment and furniture | $15,000.00 | internet | $15,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

    **$15,000.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

Debtor   **Blue 22 Sports Grill LLC**                                    Case number (if known) _____
           Name

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **2230 TX Highway 114, Trophy Club,<br>TX 76262** | **Leasehold** | **Unknown** | | **$0.00** |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| **Business website (owned by McKenzie Graham)** | **Unknown** | | **Unknown** |
| **Business logo (owned by McKenzie Graham)** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| **Rewards system in POS system<br>kept names, email addresses, and<br>phone numbers** | **Unknown** | | **Unknown** |
| 64.  **Other intangibles, or intellectual property** | | | |
| **Blue 22 Sports Grill Logo** | **$300.00** | **Logo Design** | **$300.00** |

Debtor   **Blue 22 Sports Grill LLC** _____   Case number (if known) _____
      Name

65. Goodwill

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.

    | $300.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☐ No
    ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☒ Yes.  Fill in the information below.

    Current value of
    debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    **Society Insurance
    Business Insurance
    Policy # XXXXXX8775** _____   Unknown

    **Accord
    Liability Insurance** _____   Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

    | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor   **Blue 22 Sports Grill LLC**_____   Case number (if known) _____
　　　　　Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$0.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$10,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$5,800.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$6,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$15,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................➜ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$300.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$37,100.00** + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................... **$37,100.00**

**Fill in this information to identify the case:**

Debtor name     __Blue 22 Sports Grill LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

Case number
(if known)     _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐  No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
☑  Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>**CloudFund LLC** | **Describe debtor's property that is subject to a lien**<br>Restaurant kitchen equipment and furniture | $32,880.00 | $15,000.00 |
| **Creditor's mailing address**<br>**Attn: Bankruptcy Department**<br>**400 Rella Blvd., Ste. 165-101**<br>_____<br>**Suffren          NY    10901** | **Describe the lien**<br>Agreement<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Creditor's email address, if known**<br>_____ | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes.  Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Date debt was incurred**    5/1/2023<br>**Last 4 digits of account number**    ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes.  Specify each creditor, including this creditor, and its relative priority. | | | |

1) Credibly; 2) Fundamental Capital LLC; 3) CloudFund LLC; 4) Forward Financing.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**          $600,280.45

Debtor   **Blue 22 Sports Grill LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2** **Creditor's name**
**Credibly**

**Creditor's mailing address**
**Attn: Bankruptcy Department**

**1250 Kirts Blvd., Ste. 100**

**Troy            MI      48084**

**Creditor's email address, if known**

**Date debt was incurred**   3/1/2023

**Last 4 digits of account**
**number**        ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines  2.1____

**Describe debtor's property that is**
**subject to a lien**
**Restaurrant kitchen equipment and furniture**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

$61,593.42 | $15,000.00

**2.3** **Creditor's name**
**EBF Holdings, LLC**

**Creditor's mailing address**
**dba Everest Business Funding**

**Creditor's email address, if known**

**Date debt was incurred**   5/17/2023

**Last 4 digits of account**
**number**        ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

**Describe debtor's property that is**
**subject to a lien**
**Revenue**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Debtor    **Blue 22 Sports Grill LLC**                                    Case number (if known)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**  Creditor's name
**Forward Financing**

Creditor's mailing address
**Attn: Bankruptcy Department**

**53 State St., 20th Floor**

**Boston, MA 2109**

Creditor's email address, if known

Date debt was incurred    **2/1/2023**

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☐ No
☑ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
specified on lines  **2.1**

Describe debtor's property that is
subject to a lien
**Restarurant kitchen equipment and furniture**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$12,766.13          $15,000.00

**2.5**  Creditor's name
**Fundamental Capital LLC**

Creditor's mailing address
**dba Nexi**

**Attn: Bankruptcy Department**

**20803 Biscayne Blvd., Ste. 300**

**Aventura          FL          33180**

Creditor's email address, if known

Date debt was incurred    **8/1/2023**

Last 4 digits of account
number                **7    9    5    3**

Do multiple creditors have an interest in
the same property?
☐ No
☑ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
specified on lines  **2.1**

Describe debtor's property that is
subject to a lien
**Restarurant kitchen equipment and furniture**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$24,568.35          $15,000.00

Debtor    **Blue 22 Sports Grill LLC**                                   Case number (if known) _____

| Part 1: | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.6**   Creditor's name
**Heath Mitchell**

Describe debtor's property that is
subject to a lien                                                $28,184.00          $0.00

Creditor's mailing address
**243 Woodcrest Dr.**

**Security Agreement**

Describe the lien
**Agreement**

_____

**Richardson          TX    75080**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

_____

Date debt was incurred    **10/13/2023**

Last 4 digits of account
number                ___  ___  ___  ___

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7**   Creditor's name
**Navitas Credit Corp.**

Describe debtor's property that is
subject to a lien                                                $2,045.04          $5,000.00

Creditor's mailing address
**Attn: Bankruptcy Department**
**203 Fort Wade Rd., Ste. 300**

**POS Equipment**

Describe the lien
**Agreement**

_____

**Ponta Vedra          FL    32081**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

_____

Date debt was incurred    **10/1/2023**

Last 4 digits of account
number                **2   2   3   0**

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Blue 22 Sports Grill LLC**                                    Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.8**

**Creditor's name**
**Trophy Club Town Center LLC**

**Describe debtor's property that is
subject to a lien**                                $250,000.00                $0.00

**Creditor's mailing address**
**Attn: Bankruptcy Department**

2230 TX Highway 114, Trophy Club, TX 76262
**Describe the lien**

**13101 Preston Rd Suite 510**

**Lease / Agreement**

**Dallas            TX    75240**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    1/1/22-12/1/23

**Last 4 digits of account
number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☑ Contingent
☑ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.9**

**Creditor's name**
**WebBank**

**Describe debtor's property that is
subject to a lien**                                $188,243.51                $0.00

**Proceeds from sales**

**Creditor's mailing address**
**401 Park Dr. Suite 801**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Boston            MA    02215**

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    1/1/23-12/1/23

**Last 4 digits of account
number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☑ Contingent
☑ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor   **Blue 22 Sports Grill LLC** _____   Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Credibly** | Line  **2.2** | ___ ___ ___ ___ |
| **Attn: Bankruptcy Department** | | |
| **1501 W. Fountainhead Pkwy., Ste. 630** | | |
| **Tempe, A 85282** | | |
| | | |
| **The Law Offices of Marcella G. Rabinovi** | Line  **2.5** | ___ ___ ___ ___ |
| **Attn: Justin Boyd** | | |
| **100 Garden City Plz., Ste. 410** | | |
| | | |
| **Garden City**          **NJ**     **11530** | | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

| | |
|---|---|
| Debtor | **Blue 22 Sports Grill LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $27,652.00 | $27,652.00 |

| **2.1** | **Priority creditor's name and mailing address** | |
|---|---|---|

**Texas Comptroller of Public Accounts**

**Attn: Bankruptcy Department**

**PO Box 149359**

**Austin                              TX        78714**

**Date or dates debt was incurred**
**11/30/2023**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Sales Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor      **Blue 22 Sports Grill LLC**                           Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

Accord

Attn: Bankruptcy Department

3101 N Federal Hwy #300

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Oakland Park          FL      33306

**Basis for the claim:**
Insurance

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $48,000.00 |
|---|---|---|---|

ADP Workforce Now

Attn: Bankruptcy Department

2735 N Stemmons Fwy

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Dallas          TX      75027

**Basis for the claim:**
Business Debt - Payroll

Date or dates debt was incurred      8/1/2023

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,941.80 |
|---|---|---|---|

Alsco Uniforms

Attn: Bankruptcy Department

1340 E Berry St

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Fort Worth          TX      76119

**Basis for the claim:**
Business Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $27,577.24 |
|---|---|---|---|

American Express

Attn: Bankruptcy Department

PO Box 6031

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Carol Stream          IL      60197

**Basis for the claim:**
Business Debt

Date or dates debt was incurred      11/1/2020-12/31/23

Last 4 digits of account number   1   0   0   5

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor      **Blue 22 Sports Grill LLC**                          Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      **Amount of claim**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,395.17 |
|---|---|---|---|

**Atmos Energy**

**Attn: Bankruptcy Department**

**PO Box 650205**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Dallas**                    TX      75265        **Utility**

Date or dates debt was incurred      **1/1/1900**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      **7   1   0   5**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,414.00 |
|---|---|---|---|

**Bank of America**

**Attn: Bankruptcy Department**

**353 Trophy Lake Dr**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Trophy Club**              TX      76262      **Credit Card**

Date or dates debt was incurred      **11/1/2020-12/31/23**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      **4   1   1   8**

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,518.00 |
|---|---|---|---|

**Bank of America**

**Attn: Bankruptcy Department**

**353 Trophy Lake Dr**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Trophy Club**              TX      76262      **Credit Card**

Date or dates debt was incurred      **11/1/2020-12/31/23**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      **2   2   8   2**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,867.86 |
|---|---|---|---|

**Ben E. Keith**

**Attn: Bankruptcy Department**

**7650 Will Rogers Blvd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Fort Worth**              TX      76140      **Food Supplier**

Date or dates debt was incurred      **11/1/2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      **4   5   6   6**

---

Debtor    **Blue 22 Sports Grill LLC**                                   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

**Broadcast Music, Inc.**

**Attn: Bankruptcy Department**

**1400 S Congress Ave Suite B 200**

**Austin**      **TX**    **78740**

Date or dates debt was incurred   **6/1/2023**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,724.55**

---

**3.10**   Nonpriority creditor's name and mailing address

**Cherry Peterson Albert LLC**

**Attn: Bankruptcy Department**

**8333 Douglas Ave., Ste. 700**

**Dallas**      **TX**    **75225**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$12,321.61**

---

**3.11**   Nonpriority creditor's name and mailing address

**Deravia & Co**

**Attn: Bankruptcy Department**

**8651 Happy Hollow Dr**

**Frisco**      **TX**    **75034**

Date or dates debt was incurred   **10/1/2023**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Professional Fees**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,967.50**

---

**3.12**   Nonpriority creditor's name and mailing address

**DIRECTV**

**Ann: Bankruptcy Department**

**PO Box 5006**

**Carol Stream**      **IL**    **60197**

Date or dates debt was incurred   **10/1/2023**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Utility**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$6,454.61**

---

Debtor    **Blue 22 Sports Grill LLC**                                          Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**   Nonpriority creditor's name and mailing address

**Ecolab**

**Attn: Bankruptcy Department**

**PO Box 70343**

**Chicago**                  IL       **60673**

Date or dates debt was incurred    **1/1/23-11/1/23**

Last 4 digits of account number        **6    4    2    4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,762.46**

---

**3.14**   Nonpriority creditor's name and mailing address

**Fire Sheild of TX**

**Attn: Bankruptcy Department**

**904 S Woodrow Ln**

**Denton**                   TX       **76205**

Date or dates debt was incurred    **10/16/2023**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,065.18**

---

**3.15**   Nonpriority creditor's name and mailing address

**Hardies Produce**

**Attn: Bankruptcy Department**

**1005 N Cockrell Hill Rd.**

**Dallas**                   TX       **75211**

Date or dates debt was incurred    **9/1/23-12/1/23**

Last 4 digits of account number        **U    2    2    3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,325.61**

---

**3.16**   Nonpriority creditor's name and mailing address

**Massey Services**

**Attn: Bankruptcy Department**

**PO Box 547668**

**Orlando**                  FL       **32854**

Date or dates debt was incurred    **11/1/2023**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$146.14**

---

Debtor    **Blue 22 Sports Grill LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| **3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$243.30** |
|---|---|---|---|

**Pro-Tech**

**Attn: Bankruptcy Department**

**1942 N I35E**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Carrollton** | **TX** | **75006** |

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred    **11/1/2023**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.65** |
|---|---|---|---|

**ProToCall**

**Attn: Bankruptcy department**

**303 W Loop 281, Ste. 110**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Longview** | **TX** | **75605** |

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred    **10/6/2023**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,185.67** |
|---|---|---|---|

**Reliant Energy**

**Attn: Bankruptcy Department**

**PO Box 650475**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Dallas** | **TX** | **75265** |

**Basis for the claim:**
**Utility**

Date or dates debt was incurred    **11/1/2023**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6** **3** **7** **1**

---

| **3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$937.84** |
|---|---|---|---|

**Reliant Metro**

**Attn: Bankruptcy Department**

**120 E Foster Ave**

**PO BOX 981**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Pampa** | **TX** | **79066** |

**Basis for the claim:**
**Utility**

Date or dates debt was incurred    **10/1/23-12/1/23**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0** **0** **2** **2**

---

Debtor      **Blue 22 Sports Grill LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.21 | Nonpriority creditor's name and mailing address |

**Society Insurance**

**Attn: Bankruptcy Department**

**PO Box 856377**

**Minneapolis**            **MN     55485**

Date or dates debt was incurred      **11/1/2023**

Last 4 digits of account number      **4   6   7   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,621.50

---

| 3.22 | Nonpriority creditor's name and mailing address |

**Southern Glazers Wine & Spirits**

**Attn: Bankruptcy Department**

**4550 Excel Pkwy, Ste. 500**

**Addison**            **TX     75001**

Date or dates debt was incurred      **11/22/2023**

Last 4 digits of account number      **6   9   8   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$933.00

---

| 3.23 | Nonpriority creditor's name and mailing address |

**Spectrum**

**Attn: Bankruptcy Department**

**1081 E Southlake Blvd. Ste. 170**

**Southlake**            **TX     76092**

Date or dates debt was incurred      **11/1/23-12/31/23**

Last 4 digits of account number      **2   6   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utility**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$839.90

---

| 3.24 | Nonpriority creditor's name and mailing address |

**Spillover Software**

**Attn: Bankruptcy Department**

**3908 Ave B, Ste #301**

**Austin**            **TX     78751**

Date or dates debt was incurred      **7/1/2023**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$419.95

---

Debtor      **Blue 22 Sports Grill LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $499.00 |
|---|---|---|---|

**SpotHopper**

**Attn: Bankruptcy Department**

**324 E Wisconsin Ave.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Milwaukee**          **WI**      **53202**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred      **11/1/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,763.20 |
|---|---|---|---|

**Toast Capital**

**Attn: Bankrupty Department**

**401 Park Dr., Ste. 801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Boston**          **MA**      **02215**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,780.00 |
|---|---|---|---|

**Travelers Insurance**

**Attn: Bankruptcy Department**

**100 N Central Expy #500**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Richardson**          **TX**      **75080**

**Basis for the claim:**
**Insurance**

Date or dates debt was incurred      **10/1/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,071.72 |
|---|---|---|---|

**US Foodservice, Inc.**

**Attn: Bankruptcy Department**

**1992 Forest Ln.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Garland**          **TX**      **75042**

**Basis for the claim:**
**Food Supplier**

Date or dates debt was incurred      **11/24/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **2   5   8   3**

---

Debtor    **Blue 22 Sports Grill LLC**                                    Case number (if known)

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

**Venmo**

**Attn: Bankruptcy Department**

**117 Barrow St**

**New York**                          **NY    10014**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Business Debt**

$20,000.00

Date or dates debt was incurred    **1/1/22-12/31/23**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?

☑ No

☐ Yes

Debtor   **Blue 22 Sports Grill LLC** _____   Case number (if known) _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Corporation Service Company,**

**as Representative**

**PO Box 2576**

**Springfield        IL      62708**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

4.2   **Forward Financing**

**Attn: Bankruptcy Department**

**53 State St., 20th Fl.**

**Boston            MA     02109**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

4.3   **Watkins Insurance Group - Austin**

**Attn: Bankruptcy Department**

**3834 Spicewood Springs Rd, Ste 100**

**Austin            TX      78759**

Line   **3.1**

☐ Not listed.  Explain:

__ __ __ __

Debtor    **Blue 22 Sports Grill LLC**_____    Case number (if known) _____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ **$27,652.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$215,777.46** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. _____ **$243,429.46** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Blue 22 Sports Grill LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | Chapter **7** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Future Receipts Sale and Purchase Agreement Contract to be REJECTED | Cloudfund LLC Attn: Bankruptcy Department 400 Rella Blvd., Suite 165-101 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Suffern          NY    10901 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Receivables Purchase Agreement Contract to be REJECTED | Credibly Attn: Bankruptcy Department 1501 W. Fountainhead Pkwy, Ste 630 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Tempe            AZ    85282 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Revenue Bases Financing Agreement Contract to be REJECTED | EBF Holdings, LLC Attn: Bankruptcy Department 2001 NW 107th Ave, 3rd Fl. |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Miami            FL    33172 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Future Receipts Sale Agreement Contract to be REJECTED | Forward Financing Attn: Bankruptcy Department 53 State St., 20th Fl. |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Boston           MA    02109 |

Debtor  **Blue 22 Sports Grill LLC**                                    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                 State the name and mailing address for all other
                                                          parties with whom the debtor has an executory
                                                          contract or unexpired lease

| | | |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Merchant and Security Agreement Contract to be REJECTED** | **Fundamental Capital LLC** |
| | | | **dba Nexi** |
| | | | **Attn: Bankruptcy Department** |
| | State the term remaining | | **20803 Biscayne Blvd., Ste. 300** |
| | List the contract number of any government contract | | **Aventura**            **FL**      **33180** |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Contract to be REJECTED Contract is in DEFAULT** | **Trophy Club Town Center LLC** |
| | | | **Attn: Bankruptcy Department** |
| | | | **13101 Preston Rd., Ste. 510** |
| | State the term remaining | **5 years** | |
| | List the contract number of any government contract | | **Dallas**            **TX**      **75240** |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Business Loan and Security Agreement Contract to be REJECTED** | **WebBank** |
| | | | **Attn: Bankruptcy Department** |
| | | | **401 Park Drive, Suite 801** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Boston**            **MA**      **02215** |

**Fill in this information to identify the case:**

Debtor name __**Blue 22 Sports Grill LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: Codebtor | | | | Column 2: Creditor | |
|---|---|---|---|---|---|
| **Name** | **Mailing address** | | | **Name** | Check all schedules that apply: |
| **2.1** **Chasing Lions Hospitality Group LLC** | **Attn: Bankruptcy Department**<br>Number      Street<br>**2209 Blufton Dr.**<br>**Plano**          **TX**   **75075-7441**<br>City                    State   ZIP Code | | | **CloudFund LLC** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2** **McKenzie Graham** | **109 Carnoustie Dr.**<br>Number      Street<br><br>**Trophy Club**          **TX**   **76262**<br>City                    State   ZIP Code | | | **Cloudfund LLC** | ☐ D<br>☐ E/F<br>☑ G |
| **2.3** **McKenzie Graham** | **109 Carnoustie Dr.**<br>Number      Street<br><br>**Trophy Club**          **TX**   **76262**<br>City                    State   ZIP Code | | | **EBF Holdings, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| **2.4** **McKenzie Graham** | **109 Carnoustie Dr.**<br>Number      Street<br><br>**Trophy Club**          **TX**   **76262**<br>City                    State   ZIP Code | | | **EBF Holdings, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| **2.5** **McKenzie Graham** | **109 Carnoustie Dr.**<br>Number      Street<br><br>**Trophy Club**          **TX**   **76262**<br>City                    State   ZIP Code | | | **Fundamental Capital LLC** | ☐ D<br>☐ E/F<br>☑ G |

Debtor   **Blue 22 Sports Grill LLC**                                   Case number (if known) _____

---

### ■ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 **McKenzie Graham** | **109 Carnoustie Dr.**<br>Number   Street<br><br>**Trophy Club**   **TX**   **76262**<br>City   State   ZIP Code | **Fundamental Capital LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 **McKenzie Graham** | **109 Carnoustie Drive**<br>Number   Street<br><br>**Trophy Club**   **TX**   **76262**<br>City   State   ZIP Code | **Ben E. Keith** | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 **McKenzie Graham** | **109 Carnoustie Drive**<br>Number   Street<br><br>**Trophy Club**   **TX**   **76262**<br>City   State   ZIP Code | **US Foodservice, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 **McKenzie Graham** | **109 Carnoustie Drive**<br>Number   Street<br><br>**Trophy Club**   **TX**   **76262**<br>City   State   ZIP Code | **Heath Mitchell** | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 **Samantha Lindsey** | **3732 E Jaguar Ave.**<br>Number   Street<br><br>**Gilbert**   **AZ**   **85298**<br>City   State   ZIP Code | **Navitas Credit Corp.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 **Veronique Himrich** | **109 Carnoustie Dr.**<br>Number   Street<br><br>**Trophy Club**   **TX**   **76262**<br>City   State   ZIP Code | **CloudFund LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 **Veronique Himrich** | **109 Carnoustie Dr.**<br>Number   Street<br><br>**Trophy Club**   **TX**   **76262**<br>City   State   ZIP Code | **Cloudfund LLC** | ☐ D<br>☐ E/F<br>☑ G |

**Fill in this information to identify the case:**

Debtor Name   **Blue 22 Sports Grill LLC**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF TEXAS**

Case number (if known):   _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
       Copy line 88 from Schedule A/B.................................................................  | **$0.00** |

    1b.  **Total personal property:**
       Copy line 91A from Schedule A/B..............................................................  | **$37,100.00** |

    1c.  **Total of all property**
       Copy line 92 from Schedule A/B................................................................  | **$37,100.00** |

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.....................................  | **$600,280.45** |

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F.............................  | **$27,652.00** |

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............  | **+ $215,777.46** |

4.   **Total liabilities**
Lines 2 + 3a + 3b.............................................................................................  | **$843,709.91** |

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **Blue 22 Sports Grill LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/13/2024___     X   /s/ McKenzie Graham
MM / DD / YYYY              Signature of individual signing on behalf of debtor

**McKenzie Graham**
Printed name

**Managing Member**
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Blue 22 Sports Grill LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.   Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | **Sources of revenue**<br>Check all that apply. | **Gross revenue**<br>(before deductions and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From  01/01/2024 <br> MM / DD / YYYY   to | Filing date | ☑ Operating a business<br>☐ Other _____ | _____ |
| **For prior year:** | From  01/01/2023 <br> MM / DD / YYYY   to | 12/31/2023 <br> MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,502,510.00** |
| **For the year before that:** | From  01/01/2022 <br> MM / DD / YYYY   to | 12/31/2022 <br> MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,823,860.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor    **Blue 22 Sports Grill LLC** _____    Case number (if known) _____
          Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
$6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of
adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor
and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and
any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a
creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in
line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from
an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because
the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Cloud Fund LLC | Debt Owed | Supreme Court, Nassau County (Name); 100 Supreme Court Drive (Street); Mineola NY 11501 | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number: _____ | | | |
| 7.2. | American Express National Bank v. McKenzie Graham | Debt Owed | Rausch Sterm LLP (Name); 250 N Sunnyslope Rd, Suite 300 (Street); Brookfield WI 53005 | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number: CV-2022-04154 | | | |
| 7.3. | Fundamental Capital LLC d/b/a Nevi v. Blue 22 Sports Grill LLC, et al. | | (Name); (Street); (City State ZIP) | ☐ Pending ☐ On appeal ☐ Concluded |
| | Case number: _____ | | | |

Debtor    **Blue 22 Sports Grill LLC**                                                    Case number (if known) _____
_____
Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ross, Smith & Binford, PC** | **Retainer funds** | **2/9/2024** | **$5,000.00** |

**Address**

**700 N. Pearl Street, Ste. 1610**
Street

**Dallas                          TX       75201**
City                          State     ZIP Code

**Email or website address**
**frances.smith@rsbfirm.com**

**Who made the payment, if not debtor?**

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Debtor | **Blue 22 Sports Grill LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained
  **POS system collected names, email addresses, phone numbers**

  Does the debtor have a privacy policy about that information?
  ☐ No.
  ☑ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
  ☐ No.  Go to Part 10.
  ☐ Yes.  Fill in below:

Debtor   **Blue 22 Sports Grill LLC**                                             Case number (if known) _____
         Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor     **Blue 22 Sports Grill LLC**                       Case number (if known) _____
                 Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Dervia & Co**<br>Name<br>**8651 Happy Hollow Dr**<br>Street<br><br>**Frisco**     **TX**     **75034**<br>City    State    ZIP Code | From **1/1/2022** To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **McKenzie Graham**<br>Name<br>**109 CarnoustieDrive**<br>Street<br><br>**Trophy Club**     **TX**     **76262**<br>City    State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  **Blue 22 Sports Grill LLC** _____  Case number (if known) _____
              Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| McKenzie Graham | 109 Carnoustie Dr Trophy Club, TX 76262 | Managing Member | 96% |
| C130 Hospitality LLC | 15850 N 62nd St Scottsdale, AZ 85254 | Member | 4% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

### Part 14:    Signature and Declaration

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **3 | 6 | 2024**
                MM / DD / YYYY

X _____          Printed name  **McKenzie Graham**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor  **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **Blue 22 Sports Grill LLC** | § | |
| | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter    7 _____ |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: 3\6\24        _____
                    McKenzie Graham
                    Managing Member
                    **Complete EIN: 84-3789039** _____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: 03-13-2024        _____
                        Frances A. Smith, Attorney for Debtor